1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-7324
7      Facsimile: (415) 436-7234
       email: susan.b.gray@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   No. CV 10-5676 JSW
14                                    )
                   Plaintiff,         )
15                                    )
           v.                         )   REQUEST TO CONTINUE MARCH 25,
16                                    )   2011, CASE MANAGEMENT
   APPROXIMATELY $16,831 IN UNITED    )   CONFERENCE AND [P̶R̶O̶P̶O̶S̶E̶D̶]
17 STATES CURRENCY,                   )   ORDER
                                      )
18                 Defendant(s).      )
                                      )
19 _____)

20     The United States of America respectfully submits this request to continue the Case

21 Management Conference currently scheduled for March 25, 2011, for the reasons set forth below.

22     This is a civil forfeiture action against the defendant currency. To date no one has filed a

23 claim and answer as required by the Supplemental Rules for Admiralty or Maritime Claims and

24 Asset Forfeiture Actions, Rule G(5). Therefore, this is not a joint request to continue the Case

25 Management Conference because there are no other parties to the case.

26     On March 18, 2011, the United States filed a Request for the Clerk to Enter a Default which

27 is attached hereto as Exhibit A. The request is pending. If it is granted, the United States will

28 file a Motion for Default Judgement for the defendant funds and notice the motion for the

Court's regular law and motion calendar.

Accordingly, the United States respectfully requests that the Case Management Conference set for March 25, 2011, be continued for approximately 60 days, to May 19, 2011,[1] or such other time as is convenient for the Court.

                                                                    Respectfully submitted,

DATED: March 18, 2011

                                                                    SUSAN B. GRAY
                                                                    Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Case Management Conference scheduled for March 25, 2011, is continued to June 3, 2011 at 1:30 pm.

                                                                    JEFFREY S. WHITE
                                                                   United States District Judge

---

[1] The Assistant United States Attorney handling this case will be out of the office the weeks of May 9-13 and May 23-27, 2011.